## Commonwealth *v.* Franklin, Appellant.

Submitted March 19, 1973. *Frank K. Williams,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Gantz, Appellant.

Argued March 23, 1973. *Charles F. G. Smith,* for appellant; *Ronald L. Buckwalter,* Assistant District Attorney, with him *D. Richard Eckman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.